McGHEE *et al.*, receivers, *v.* CLARIDY.

LUMPKIN, J.—The refusals to charge as requested present no cause for a new trial ; the charge as to the measure of damages was not perfectly accurate and correct in its terms, but, taken as a whole, it was not calculated to mislead the jury; and the evidence, though

complicated and decidedly conflicting, was sufficient to warrant the verdict.                              *Judgment affirmed.*

April 8, 1895.  Brought forward from the last term.

Action for damages.  Before Judge MILNER.  Whitfield superior court.  April term, 1894.

McCUTCHEN & SHUMATE, for plaintiffs in error.

JONES & MARTIN, *contra.*